# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-00462 |
| | ) | |
| JAMES WHEELER | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Goldgar |

## NOTICE OF MOTION

*To the following persons or entities who were served via email by the Bankruptcy Court*
U.S. Bankruptcy Trustee:  USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee:  mcguckin_@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*
James Wheeler, P.O. Box 896, Zion, IL 60099

    PLEASE TAKE NOTICE that on the following date, or as soon thereafter as counsel may be heard, I shall appear before the following judge at 1792 Nicole Lane, Round Lake Beach, IL 60073 (or any other place posted, or before any other Judge who may be sitting in his/her place and stead)**,** and present the attached **Motion to Vacate Payroll Control Order**, at which time and place you may appear:

    JUDGE:    Goldgar
    DATE:     March 9, 2018
    TIME:     9:30 AM

                            /s/    Dustin B. Allen
                            Dustin B. Allen, A.R.D.C. #6312451

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, on or before February 26, 2018.

                            /s/    Dustin B. Allen
                            Dustin B. Allen, A.R.D.C. #6312451
                            Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il  60090
847/ 520-8100

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 18-00462 |
| | ) | |
| JAMES WHEELER | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Goldgar |

## MOTION TO VACATE PAYROLL ORDER

NOW COMES the Debtors, JAMES WHEELER, by and through their attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present their Motion, and in support thereof state as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On January 8, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13, Title 11.

3. On January 12, 2018, an Order to Employer to Pay the Trustee was entered as Docket #15.

4. The Debtor has recently had a substantial decrease in income. Now, the payroll deductions are taking nearly all of his paycheck.

5. Due to this substantial decrease, he wishes that the payroll order be vacated so that he can afford his normal cost of living while he determines whether to continue this bankruptcy, reorganize differently, or seek an additional income source.

WHEREFORE, the Debtor, JAMES WHEELER, prays that this Honorable Court enter an Order to vacate the prior payroll control order, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/     Dustin B. Allen
Dustin B. Allen, A.R.D.C. #6312451
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100